O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV 08-1370 AHM(FMOx) **CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3702 AHM (FFMx) AND CASES INDICATED BELOW | Date | May 14, 2008 |
|---|---|---|---|
| Title | MULTI-ETHNIC IMMIGRANT WORKERS ORGANIZING NETWORK, *et al.* v. CITY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court-approved "Joint Stipulation to Stay Discovery Pending Early Settlement Discussions"[1] in *Multi-Ethnic Immigrant Workers Organizing Network v. City of Los Angeles* (CV 07-3072) ("*MIWON*") also applies to the following cases: *Aguilar v. City of Los Angeles* (CV 07-4131), consolidated with *Ajuria v. City of Los Angeles* (CV 07-8433); *Newton v. City of Los Angeles* (CV 07-4455); *Lopez v. City of Los Angeles* (CV 07-5555); *Gudiel v. City of Los Angeles* (CV 08-1370); *Reyes v. City of Los Angeles* (CV 08-2225); *Aguilar v. City of Los Angeles* (CV 08-2301).[2]

The Court VACATES the Rule26(f) scheduling conferences for the last three cases in that list, *Gudiel*, *Reyes*, and *Aguilar*.

The docket shall reflect that *Multi-Ethnic Immigrant Workers Organizing Network v. City of Los Angeles* (CV 07-3072) is the lead case.

/
/
/

---

[1] Docket No. 57.

[2] Counsel in *Santiago v. City of Los Angeles* (CV 07-2966) also signed the Joint Stipulation, although the case had been terminated.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3702 AHM (FFMx) AND CASES INDICATED BELOW | Date | May 14, 2008 |
|---|---|---|---|
| Title | MULTI-ETHNIC IMMIGRANT WORKERS ORGANIZING NETWORK, *et al.* v. CITY OF LOS ANGELES, *et al.* | | |

/
/

     Although *MIWON* is the lead case, the Court reminds counsel that these cases are separate cases for filing purposes, other than Mr. Carrillo's consolidated cases. Therefore, documents must be electronically filed in each case.

                                                                                          : 

Initials of Preparer